IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BOYD BUSHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:01-CV-0498-A |
| | § | |
| LOCKHEED MARTIN CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Boyd Bushman, take nothing on his claims against defendant, Lockheed Martin Corporation, and that such claims be, and are hereby, dismissed with prejudice. The court further ORDERS, ADJUDGES, and DECREES that defendant have and recover its court costs from plaintiff.

SIGNED February 25, 2002.

_____
JOHN McBRYDE
United States District Judge

